UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 11-288 |
| DARRION BROWN | SECTION "R" (3) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion for Appointment of Counsel is DENIED.

New Orleans, Louisiana, this __5th__ day of February, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE